# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MIKEL YOUNG | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-1690-S-BN |
| | § | |
| TEAMSTERS 767 | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed.[1] The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED May 21, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court interprets Plaintiff Mikel Young's Motion Not to Dismiss, ECF No. 26, as an objection.